US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JAN 2 8 2025

Ronald E. Dowling
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 5:25cr50009 |
| v. | ) |
| | ) 8 U.S.C. § 1326(a) |
| CARLOS MISAEL GOMEZ-AGUILAR | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 4, 2025, in the Western District of Arkansas, Fayetteville Division, the Defendant, **CARLOS MISAEL GOMEZ-AGUILAR**, an alien who had been previously deported and removed from the United States on or about February 16, 2022, was found to be in the United States, having knowingly and voluntarily re-entered this country without having obtained the consent from the Attorney General of the United States or the Secretary of the Department of Homeland Security, to reapply for admission into the United States.

All in violation of Title 8, United States Code, Section 1326(a).

A True Bill.

*/s/Grand Jury Foreperson*
Grand Jury Foreperson

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: *Erin Allison* (signature)

Erin Allison
Assistant U.S. Attorney
Arkansas Bar No. 2016180
414 Parker Avenue
Fort Smith, Arkansas 72901
Telephone: (479) 494-4069
Email: Erin.Allison@usdoj.gov